IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LUIS VERDECIA GUERRERO,<br><br>Petitioner,<br><br>v.<br><br>KEVIN RAYCRAFT, FIELD OFFICE DIRECTOR, *et al.,*<br><br>Respondents. | ) | Case No. 4:26-cv-2049<br><br>JUDGE DAN AARON POLSTER<br><br>**ORDER** |

This matter comes before the Court on Petitioner's emergency motion to enforce court order. ECF Doc. 3. In his motion, Petitioner represents that Respondents conducted a bond hearing on Wednesday, September 2, 2026, without notifying his counsel of record. On September 4, 2026, Respondents filed a "certificate of compliance" wherein they "acknowledge, regretfully, that the Notice of the Bond Hearing was not provided to counsel despite counsel having submitted a Notice of Appearance in the removal action." Because Respondents did not notify Petitioner's counsel of record of the bond hearing, they did *not* comply with the Court's August 26, 2026 order, and the improper September 2, 2026 hearing is null and void. The Court VACATES the order issued by the immigration judge after the September 2, 2026 hearing which denied Respondent's request for release on bond.

The Court GRANTS Petitioner's emergency motion as follows: on or before September 11, 2025, Respondents must provide Petitioner with a new individualized bond hearing before a different immigration judge,[1] pursuant to 8 U.S.C. § 1226(a) at which the Government shall bear

---

[1] Immigration Judge Anthony Hurst presided over the September 2nd hearing. A different immigration judge must preside over petitioner's new hearing.

the burden of proof by clear and convincing evidence of justifying petitioner's continued detention. Respondents must promptly notify Petitioner's counsel of the time and date of the hearing so he may attend and represent his client at the hearing.

Respondents must file a status report certifying actual compliance with this Court's Order **on or before 12:00 p.m. on September 14, 2026**. The status report should state whether Petitioner's attorney was properly notified, when the bond hearing was held and the outcome of the hearing.

**IT IS SO ORDERED.**

Dated: September 4, 2026

*s/Dan Aaron Polster*
United States District Judge