IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LUIS VERDECIA GUERRERO,<br><br>Petitioner,<br><br>v.<br><br>KEVIN RAYCRAFT, FIELD OFFICE DIRECTOR, *et al.,*<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 4:26-cv-2049<br><br><br><br>JUDGE DAN AARON POLSTER<br><br><br>**ORDER** |

Upon due consideration of Respondent's Second Certificate of Compliance [ECF Doc. 8] the Court finds that the relief requested by Plaintiff has been provided. Respondents have now conducted a bond hearing after properly notifying Petitioner's counsel and bond has been set in the amount of $3,000. Accordingly, the Court hereby dismisses Plaintiff's emergency petition as moot and closes the case.

**IT IS SO ORDERED.**

Dated: September 11, 2026

*s/Dan Aaron Polster*
United States District Judge